IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **YOUSSOUF KOUYATE,** : | |
| Petitioner, : | |
| v. : | CIVIL ACTION 06-0728-CG-M |
| **ALBERTO GONZALES,** : | |
| **MICHAEL CHERTOFF,** | |
| **WARDEN DAVID O. STREIFF,** : | |
| Respondents. : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondents Alberto Gonzales, Michael Chertoff, and David O. Streiff and against Petitioner Youssouf Kouyate.

**DONE and ORDERED** this 8th day of May, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE